# CHULSKY ◆ KAPLAN, LLC

**ATTORNEYS AT LAW**

**Glen H. Chulsky** NJ
**Ben A. Kaplan** NJ, NY, DC
**Dennis M. Kessler** NJ

280 Prospect Avenue, 6G
Hackensack, NJ  07601
Voice: (877) 827-3395
Fax:    (877) 827-3394

---

April 28, 2021

The Honorable Susan D Wigenton
U.S. District Judge
United States District Court
Newark, NJ

Re:   **Torres v Faloni Law Group LLC**
      **2:21-cv-04023-SDW-LDW**

Dear Judge Wigenton,

I represent the Plaintiff in the above-referenced matter.

I am pleased to report that the Plaintiff and Defendant have reached an amicable resolution in this matter and in accordance with Local Civ. R. 41.1(b) am notifying the Court.

The parties request that the Court enter a 60 day administrative order terminating the case and any other pending motions, conferences or other activities.

Respectfully submitted,

*/s Ben A. Kaplan*
Ben A. Kaplan, Esq.


cc:   All Counsel of Record (via ECF)