UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------X
RAYNALDO TORRES, *on behalf of himself and all others similarly situated*,

                Plaintiff,

vs.

FALONI LAW GROUP, LLC;
SVI SGP-CO ACQUISITION TRUST,

                Defendants.
-------------------------------------------------------X

Case No.: 2:21-cv-04023-SDW-LDW

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Please take notice that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), it is hereby agreed by the undersigned parties and attorneys for Plaintiff, RAYNALDO TORRES, and Defendants, FALONI LAW GROUP, LLC and SVI SGP-CO ACQUISITION TRUST, that the within Action shall be dismissed in its entirety with prejudice and with each party to bear their own costs and fees.

Dated: May 24, 2021

/s/ Ben A. Kaplan
Ben A. Kaplan, Esq.
**CHULSKY KAPLAN LLC**
280 Prospect Avenue, 6G
Hackensack, New Jersey 07601
(877) 827-3395
ben@chulskykaplanlaw.com
*Attorneys for Plaintiff*

/s/ Jacquelyn A. DiCicco
Jacquelyn A. DiCicco, Esq.
**J. ROBBIN LAW PLLC**
200 Business Park Drive, Suite 103
Armonk, New York 10504
(914) 685-5016
jacquelyn.dicicco@jrobbinlaw.com
*Attorneys for Defendants*

SO ORDERED

_____
USDJ
Dated: May 25, 2021